AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

TROY ANTHONY FOSTER,

    Petitioner,           JUDGMENT IN A CIVIL CASE

V.

                           CASE NUMBER: **3:05-CV-448-ECR (VPC)**

THE STATE OF NEVADA, et al.,

    Respondents.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

IT IS ORDERED that the petition for a writ of habeas corpus is DENIED IN ITS ENTIRETY. The petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

   August 7, 2009                                                         **LANCE S. WILSON**
                                                                                    Clerk

                                                                                  Marti Campbell,
                                                                                     Deputy Clerk